

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00135-CV

| | | |
|---|---|---|
| BIG BLUE PROPERTIES WF, LLC, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CV2020-0243) |
| V. | | |
| WORKFORCE RESOURCE, INC., D/B/A WORKFORCE SOLUTIONS NORTH TEXAS A/K/A TEXAS WORKFORCE SOLUTIONS, Appellee | § | June 2, 2022 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Big Blue Properties WF, LLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr